**Order entered March 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00913-CR

**ANTHONY BEANS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-72079-Y**

## ORDER

The Court **GRANTS** appellant's February 27, 2013 motion to supplement the record.

A reporter's record containing eight volumes has been filed. However, Volume 7 is mislabeled as Volume 6, and Volume 8 contains the exhibits. A volume that contains the jury's verdict and punishment proceedings has not been filed. We **ORDER** court reporter Sharon Hazlewood to file a supplemental reporter's record that contains the jury verdict and the punishment proceedings within **FIFTEEN DAYS** from the date of this order. We **ORDER** Ms. Hazlewood to file the original in this Court and a copy with the Dallas County District Clerk's office.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this order.


/s/  CAROLYN WRIGHT
    CHIEF JUSTICE